CITY BAR JUSTICE CENTER

**Federal Pro Se Legal Assistance Project SDNY**
City Bar Justice Center

Defendant's request at Dkt. No. 18 is **GRANTED**. The telephone conference scheduled for September 24, 2026 at 2:00 p.m. ET to schedule a settlement conference (Dkt. No. 17) is **ADJOURNED** to **September 25, 2026 at 1:30 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Clerk of Court is respectfully directed to close Dkt. No. 18.

SO ORDERED. September 22, 2026

SARAH L. CAVE
United States Magistrate Judge

September 22, 2026

**VIA ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *August Image, LLC v. Karine Kazarian Corp. et al*, 26-cv-04800-VM-SLC

Dear Judge Cave,

The City Bar Justice Center represents Defendant Karine Kazarian Corp. for settlement purposes. I am writing with the consent of plaintiff's counsel to request an adjournment of the September 24, 2026, conference call to schedule a settlement conference (ECF 17) to September 25, 2026, or September 28, 2026. This is the first request for adjournment.

I have a previously scheduled mediation on September 24 and cannot be certain it will conclude by 2:00 p.m. I apologize for the inconvenience. In addition, the parties have conferred and are available for a settlement conference on October 26, 2026, and November 2, 3 and 4, 2026.

We respectfully request that the court grant the request for an adjournment of the September 24, 2026 conference call at 2 pm to either September 25, 2026, after 11 am, or to September 28, 2026, after 3 pm, or another time convenient for the Court.

Respectfully submitted,

/s/ Danika Gallup

Danika Gallup
City Bar Justice Center
Federal Pro Se Legal Assistance Project (SDNY)
40 Foley Square
New York, NY 10007
Phone: 212-382-470
Email: dgallup@nycbar.org