UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUGUST IMAGE, LLC,

Plaintiff,

-v-

KARINE KAZARIAN CORP., DOES 1–10,

Defendants.

CIVIL ACTION NO. 26 Civ. 4800 (VM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on September 25, 2026, the parties shall file a joint letter by **October 28, 2026** updating the Court on the status of the parties' settlement discussions.

Dated: New York, New York
September 25, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**